ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Awrish Builders ) ASBCA No. 60446
)
Under Contract No. W5J9LE-11-C-0025 )

APPEARANCE FOR THE APPELLANT: Mr. Faisal Rahim
Vice President

APPEARANCES FOR THE GOVERNMENT: Michael P. Goodman, Esq.
Engineer Chief Trial Attorney
James D. Stephens, Esq.
Engineer Trial Attorney
U.S. Army Engineer District, Middle East

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: September 11, 2019

MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60446, Appeal of Awrish Builders, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals